## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**MARC DAVID SHINER,**

    Petitioner,

v.                                                           Case No: 5:17-cv-471-Oc-10PRL

**WARDEN, FCC COLEMAN – LOW,**

    Respondent.

## ORDER

Petitioner, a federal inmate proceeding *pro se*, initiated this case by filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner challenges the constitutionality of his federal sentence. Petitioner argues that he is entitled to relief because he is actually and factually innocent; he was "sentenced under a 'loss table' that has subsequently been amended for clarification purposes;" he was the "victim of ineffective counsel of trial and on appeals;" and he "operated under advice of counsel in regards to the underlying offense conduct and was entitled to that affirmative defense." Id. As relief Petitioner requests that the Court vacate his criminal conviction.

Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[i]f the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action." See also Rule 12, Rules Governing Section 2255 Proceedings. Recently, sitting en banc the Eleventh Circuit overruled prior precedent and held that 28 U.S.C. § 2241 is not available to challenge the validity of a sentence except upon very narrow grounds not present in this case. McCarthan v. Director of Goodwill Industries-Suncoast, Inc., 851 F.3d 1076, 1079 (11th Cir. 2017) (en banc) (quoting 28 U.S.C. § 2255(e). Bernard v.

<u>FCC Coleman Warden</u>, No. 15-13344 (11th Cir. April 24, 2017) (citing <u>McCarthan</u>, 851 F.3d at 1092-93).

Thus, pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts (directing *sua sponte* dismissal if the petition and records show that the moving party is not entitled to relief), this case is **DISMISSED without prejudice** for lack of jurisdiction.  <u>See</u> <u>also</u> 28 U.S.C. § 2255(b).  The **Clerk** is directed to enter judgment accordingly, terminate any pending motions and close the file.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 23rd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Parties, Counsel of Record